UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Kane, Sheila – Case No. 1:21-cv-6675

> ACKNOWLEDGED. Case is dismissed without prejudice.
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana
>
> Date: 10/07/2024

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Case Management Order No. 32, and upon review of the Circuit Court's decision in *Sykes v. Cook Inc.*, 72 F.4th 195 (7th Cir. 2023), Plaintiff in the above-captioned case acknowledges that, based on review of the evidence, the amount in controversy in this matter does not exceed the jurisdictional threshold of $75,000, exclusive of interest and costs, as required for this Court's exercise of subject matter jurisdiction. *See* 28 U.S.C. § 1332(a).

Accordingly, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and the Cook Defendants stipulate to the dismissal of all claims in this action without prejudice for lack of subject-matter jurisdiction. Each party shall bear its own fees and costs.

Dated: August 27, 2024

| | |
|---|---|
| */s/ Joseph N. Williams* | */s/ Andrea Roberts Pierson* |
| Joseph N. Williams | Andrea Roberts Pierson |
| Williams Law Group, LLC | Faegre Drinker Biddle & Reath LLP |
| 1101 North Delaware Street, Suite 200 | 300 North Meridian Street, Suite 2500 |
| Indianapolis, Indiana 46202 | Indianapolis, Indiana 46204 |
| Telephone: (317) 633-5270 | Telephone: (317) 237-0300 |
| Facsimile: (317) 426-3348 | Facsimile: (317) 237-1000 |
| Email: joe@williamsgroup.law | Email: andrea.pierson@faegredrinker.com |
| **Attorney for Plaintiff** | **Attorney for Defendants** |